JOHN J. BERGER ET AL., APPELLANTS, V. LINCOLN COUNTY ET AL., APPELLEES.

FILED FEBRUARY 16, 1897.    No. 7125.

Review: UNAUTHENTICATED BILL OF EXCEPTIONS: AFFIRMANCE. Where, in a case brought to this court on appeal, the bill of exceptions is uncertified by the clerk, and the pleadings support the decree rendered, it will be affirmed.

APPEAL from the district court of Lincoln county. Heard below before NEVILLE, J.   *Affirmed.*

*J. S. Hoagland,* for appellants.

*J. G. Beeler* and *H. D. Rhea, contra.*

RAGAN, C.

This is an appeal in equity from the district court of Lincoln county.   We cannot review the evidence, because the bill of exceptions is not certified by the clerk to be either the original bill or a certified copy thereof.   The pleadings support the decree rendered, and it is accordingly

AFFIRMED.